■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD L. MYERS, Appellant.—Appeal from a judgment of the County Court of Albany County (Turner, Jr., J.), rendered March 31, 1987, convicting defendant upon his plea of guilty of the crime of burglary in the third degree.

Appeal dismissed *(see, People v Lester,* 137 AD2d 871 [decided herewith]; *People v Harvey,* 124 AD2d 943, 944, *lv denied* 69 NY2d 746). Mahoney, P. J., Kane, Casey, Weiss and Yesawich, Jr., JJ., concur.